ABBIE E. SNELLING, Respondent, *v.* ANDREW B. YETTER, Appellant.

·Reported below, 25 App. Div. 590, 596.
(Argued June 6, 1898; decided June 14, 1898.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1898, reversing a judgment in favor of defendant dismissing the complaint, and granting a new trial, and also from an order entered on the same day, reversing an order of Special Term denying a motion for the resettlement of the order denying plaintiff's motion for a new trial.

The motion was made upon the grounds that the undertaking is insufficient in amount and that the orders are not appealable.

*Redfield & Redfield* for motion.

*Wilder & Anderson* opposed.

Motion denied, with ten dollars costs.